IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE HOLZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE UPS STORE, 6025 | : | NO. 21-7 |

## ORDER

AND NOW, this 13th day of July 2021, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice. It is further ORDERED that all pending motions are DENIED as moot. The Clerk of Court is directed to statistically close this matter.

**KATE BARKMAN,** Clerk of Court

By: */s/ Mia Harvey*
Mia Harvey
Deputy Clerk to Magistrate Judge Elizabeth T. Hey